**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1305-cr

Caption [use short title]

UNITED STATES v. DE HOOP CARTIER

**Motion for:** to withdraw the appeal

Set forth below precise, complete statement of relief sought:

An order withdrawing defendant-appellant Maximillien De Hoop Cartier's appeal

**MOVING PARTY:** Maximillien De Hoop Cartier

**OPPOSING PARTY:** United States of America

☐ Plaintiff ☑ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jay S. Ovsiovitch

**OPPOSING ATTORNEY:** Eli J. Mark

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Jay S. Ovsiovitch, Federal Public Defender's Office, WDNY | Eli J. Mark, U.S. Attorney's Office, SDNY |
| 28 E. Main St., Ste. 400, Rochester, NY 14614 | 26 Federal Plaza, New York, NY 10278 |
| 585-263-6201; jay_ovsiovitch@fd.org | 212-673-2431; Eli.Mark@usdoj.gov |

Court- Judge/ Agency appealed from: Hon. Mary K. Vyskocil, USDJ, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

/s/Jay Ovsiovitch **Date:** Oct. 30, 2026 Service by: ☑ CM/ECF ☑ Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**UNITED STATES,**

***Appellee,***

**v.**

**MAXIMILIEN DE HOOP CARTIER,**

***Appellant.***

**Docket No. 26-1305-cr**

**Affirmation in Support of Motion to Withdraw the Appeal**

JAY S. OVSIOVITCH affirms and states:

1. I am an attorney admitted to practice in the Western District of New York and the United States Court of Appeals for the Second Circuit, and I represent defendant-appellant Maximilien De Hoop Cartier in the above captioned matter.

2. I make this affidavit in support of Mr. De Hoop Cartier's motion to withdraw his appeal.

3. On October 23, 2025, Mr. De Hoop Cartier appeared before United States District Court Judge Mary Kay Vyskocil in the Southern District of New York and pleaded guilty to a two count

information charging him with operation of an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1960(b)(1)(A), (b)(1)(B), & 2, and conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371.

4. Mr. De Hoop Cartier entered into a plea agreement with the government that included an appellate waiver stating that he would not appeal any sentence within or below a stipulated Guidelines sentencing range of 108 to 120 months imprisonment. The Court accepted Mr. De Hoop Cartier's plea and subsequently sentenced him to 48 months imprisonment on count one and 48 months imprisonment on count two, to be served consecutively to the sentence for count one, for a total sentence of 96 months' imprisonment. Despite the appellate waiver, Mr. De Hoop Cartier timely filed his notice of appeal.

5. Before filing the appellant's brief, I spoke with Mr. De Hoop Cartier and advised him that I would be filing a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Shortly after that conversation, Mr. De Hoop Cartier informed me that he would like to

withdraw the appeal. I told him that I would need something in writing from him, otherwise I would have to file the *Anders* brief. I mailed him an affirmation with a self-addressed envelope, that he could sign and return to me indicating his desire to withdraw the appeal (*see* Ex. A, at A-6 (letter to Mr. De Hoop Cartier)). I also informed him that he could just send me a letter indicating that he wanted to withdraw the appeal (Ex. A, at A-6).

6. Not having received written notification from Mr. De Hoop Cartier about wanting to withdraw his appeal, on October 7, 2026, I filed with this Court a Brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), a Joint Appendix, and the Presentence Investigation Report.

7. The undersigned never received any written material from Mr. De Hoop Cartier indicating that he wanted to withdraw his appeal. However, Mr. De Hoop Cartier submitted to the Court, pro se, the affirmation I provided to him (*see* Ex. A, at A-1 through A-4). As is this Court's practice, Mr. De Hoop Cartier's pro se filing was forwarded to

me for appropriate action (Ex. B). To this end, I now file this motion to withdraw Mr. De Hoop Cartier's appeal.

8. Assistant United States Attorney Eli J. Mark does not object to Mr. De Hoop Cartier's motion to withdraw this appeal.

**WHEREFORE**, I respectfully request that an order be entered withdrawing Mr. De Hoop Cartier's appeal

_/s/Jay Ovsiovitch_
JAY S. OVSIOVITCH
Attorney for Appellant

# EXHIBIT A

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**Docket No. 26-1305-cr**

**UNITED STATES,**

***Appellee,***

**v.**

**AFFIRMATION**

**MAXIMILIEN DE HOOP CARTIER,**

***Defendant-Appellant.***

MAXIMILIEN DE HOOP CARTIER, affirms and states:

1. I am the appellant in the above referenced matter, and I am currently incarcerated at the Federal Corrections Institute, Elkton.

2. In March of 2024, a five count indictment was filed in the Southern District of New York charging me with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(i) and 2, bank fraud, in violation 18 U.S.C. §§ 1344 and 2, engaging in a monetary transaction in property derived from specified unlawful activity, in violation of 18 U.S.C. §§ 1957 and 2, and operation of an unlicensed money transmitting business, in violation of 18 U.S.C.

§§ 1960 and 2. Two superseding indictments were subsequently filed.

3. On October 6, 2025, I signed an agreement with the government stating that I would plead guilty to a two count information charging me with operating an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960, and conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371. Under the terms of the plea agreement, I had a Guidelines range of 108 to 135 months imprisonment. I appeared before United States District Court Judge Mary Kay Vyskocil on October 15, 2025, to enter my guilty plea. To resolve questions the Court had regarding the information, the proceedings were continued until April 28, 2025, when I entered my guilty plea.

3. A Presentence Investigation Report was prepared setting forth the same Guidelines range as in the plea agreement. However, the Guidelines range was determined to be 108 to 120 months imprisonment because the statutorily authorized maximum sentences are less the applicable Guidelines range.

4. My sentencing hearing took place on April 28, 2026. The Court calculated my sentencing Guidelines range and reached the same result as the calculations in the PSR. That is, I had a Guidelines range of 108 to 120 months imprisonment. The Court sentenced me to 48 months imprisonment on each count to be served consecutively, giving me a total sentence of 96 months imprisonment, to be followed by a three-years term of supervised release. My attorney filed a notice of appeal on my behalf.

4. On September 23, 2026, I had an attorney-client call with Assistant Federal Public Defender Jay Ovsiovitch to discuss my appeal. During that call, Mr. Ovsiovitch explained that after reviewing the record he was unable to identify any non-frivolous issues to raise on appeal and that he would be filing an *Anders* brief. He explained to me what an *Anders* brief was and that it would likely result in a dismissal of the appeal. We also discussed the concerns I had with my prior counsel and why, given the record in my case, it would not be possible to raise an ineffective assistance claim on direct appeal.

5. On September 24, 2026, I called Mr. Ovsiovitch and directed him to withdraw my appeal.

**WHEREFORE,** I respectfully request that the Court dismiss my appeal in *United States v. De Hoop Cartier*, docket number 26-1305-cr.

**DATED:** Lisbon, Ohio
October 5th, 2026

Maximilien De Hoop Cartier

Case No. 26-1305-CR

Honorable Clerk of Courts,

10/13/2026

Several weeks ago I informed my appellate counsel that I no longer wish to pursue an appeal, as I believe it is in my best legal interests to withdraw it. He agreed with my decision and offered to send me the appropriate withdrawal forms, which I signed and returned to him. Unfortunately, significant delays in that process resulted from slow prison mail deliveries, forcing him to file an Anders brief lest he exceed our deadline.

I am sending this letter in order to re-affirm that I do not wish to continue with an appeal, and I have already signed and sent the forms declaring such to my attorney. I apologize for any unnecessary work caused to this Court. I have included copies of my attorney's letters on the matter. Please withdraw my appeal and cancel the review of the Anders brief.

Respectfully,

Maximilien de Hoop Cartier #12399-506
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432

# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
***FEDERAL PUBLIC DEFENDER***
marianne_mariano@fd.org

JAY S. OVSIOVITCH
***ASSISTANT FEDERAL PUBLIC DEFENDER***
jay_ovsiovitch@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*


September 25, 2026

Mr. Maximilien De Hoop Cartier, No. 12399-506
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

Dear Mr. De Hoop Cartier:

Yesterday you called me, directing me to withdraw your appeal. To withdraw the appeal, I need something from you in writing, directing me to do so. Enclosed is an affirmation that you need to sign that I will file with the Court of Appeals as a part of the motion to withdraw the appeal. If you do not want to sign the affirmation, send me a short letter indicating that you want me to withdraw the appeal. I can file that instead. However, if you decide to send a letter instead, do not include anything else other than the directive to withdraw the appeal.

I am required to file the appellant's brief by October 7. If you want to withdraw the appeal I need to receive this material before the 7th. I have also enclosed a self-addressed stamped envelope to speed up the process.

Sincerely,

Jay S. Ovsiovitch
Assistant Federal Public Defender

Enc.

⇔12399-506⇔
Maximilien De Hoop Cartier
FCI Elkton
10 PO Box
Lisbon, OH 44432
United States

CLEVELAND OH
17 OCT 2026 PM




US DISTRICT COURT
SDNY

⇔12399-506⇔
Catherine O Hagan Wolfe
Court of Appels Second Ci
40 Foley SQ
NEW YORK, NY 10007
United States

10007-156199

# EXHIBIT B

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 22, 2026
Docket #: 26-1305
Short Title: United States of America v. De Hoop Cartier

DC Docket #: 1:24-cr-133-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Mary Kay Vyskocil

## NOTICE OF CLIENT SUBMISSION

Court records in the above-referenced case list you as counsel to Maximilien De Hoop Cartier. The Clerk's office received the enclosed papers from your client in the above referenced appeal. Because you represent the sender as counsel the papers are forwarded to you for appropriate action.

By copy of this notice your client is advised of this action.

Inquiries regarding this case may be directed to 212-857-8508.

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**No. 26-1305-cr(L)**

**UNITED STATES,**

***Appellee*,**

**Affirmation of Service**

**v.**

**MAXIMILIEN DE HOOP CARTIER,**

***Appellant.***

The undersigned hereby certifies that he is an employee of the Federal Public Defender's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

That, on October 30, 2026, he filed a copy of the attached **Motion to Withdraw the Appeal** with the Clerk of the Court using the ACMS system. Notification was sent to Assistant United States Attorney Eli J. Mark.

In addition, the undersigned placed a paper copy of the motion in an envelope addressed to Mr. De Hoop Cartier at the place and address stated below, which is the last known address, and by entrusting said envelope and contents to the United States Postal Service for delivery.

ADDRESSEE: Mr. Maximilien De Hoop Cartier, No. 12399-506
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

_ /s/Jay Ovsiovitch ____
Jay S. Ovsiovitch